JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BELINDA M. M., | ) | CASE NO. EDCV 23-0646-AGR |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| MARTIN J. O'MALLEY Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment is entered for the defendant, the

Commissioner of Social Security Administration.

DATED: April 30, 2024

ALICIA G. ROSENBERG
United States Magistrate Judge